UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV24-07144 JAK (Ex) | Date | November 4, 2024 |
|---|---|---|---|
| Title | Bertha Camacho de Cedillo v. Home Depot U.S.A. Inc., et al | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daniel Torrez | Suzanne McKennon |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ariella Mehrzadi | Barbara Miller |

**Proceedings:** **PLAINTIFF BERTHA CAMACHO DE CEDILLO'S MOTION TO REMAND CASE TO STATE COURT (DKT. 13)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiff Bertha Camacho De Cedillo's Motion to Remand Case to State Court (the "Motion" (Dkt. 13)). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Court asks whether any settlement efforts at this time would be productive. Counsel are encouraged to discuss whether a settlement process would be effective at this time, and to advise the Court if the parties request assistance from a bench officer in such a process.

**IT IS SO ORDERED.**

|  | : | 28 |
|---|---|---|
| Initials of Preparer | DT | |